| Fill in this information to identify your case: | |
| --- | --- |
| United States Bankruptcy Court for the: | |
| DISTRICT OF PUERTO RICO | |
| Case number *(if known)* _____ Chapter **7** | ☐ Check if this an amended filing |

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
| --- | --- | --- | --- |
| 1. | **Debtor's name** | **CARLOS WEBER MUSIC CENTER,INC.** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **66-0823173** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| **10 San Juan Street** **Mayaguez, PR 00680** Number, Street, City, State & ZIP Code | **PO BOX 6301** **Mayaguez, PR 00681** P.O. Box, Number, Street, City, State & ZIP Code |
| **Mayaguez** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **CARLOS WEBER MUSIC CENTER,INC.**                                    Case number (*if known*) _____
         Name

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

|          |              |      |              |             |              |
|----------|--------------|------|--------------|-------------|--------------|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

Debtor  **CARLOS WEBER MUSIC CENTER,INC.**
Name                                                          Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____ When _____   Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor    **CARLOS WEBER MUSIC CENTER,INC.**       Case number (*if known*) _____

     Name

- ☑ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  CARLOS WEBER MUSIC CENTER,INC.                                   Case number (*if known*) _____
           Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 15 2023**
                    MM / DD / YYYY

X  **/s/ CARLOS JUAN  WEBER SEDA**                    **CARLOS JUAN  WEBER SEDA**
     Signature of authorized representative of debtor        Printed name

Title   **PRESIDENT**

**18. Signature of attorney**

X  **/s/ /S/ Gloria Justiniano Irizarry**                    Date  **June 15 2023**
     Signature of attorney for debtor                        MM / DD / YYYY

**/S/ Gloria Justiniano Irizarry 207603**
     Printed name

_____
     Firm name

**Calle A. Ramirez Silva #8**
**Ensanche Martinez**
**Mayaguez, PR 00680**
     Number, Street, City, State & ZIP Code

Contact phone    **787 831-2577**    Email address  **justinianolaw@gmail.com**

**207603 PR**
     Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **CARLOS WEBER MUSIC CENTER,INC.** |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑ *Schedule H: Codebtors* (Official Form 206H)
☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 15, 2023**        X /s/ CARLOS JUAN  WEBER SEDA
                                              Signature of individual signing on behalf of debtor

                                              **CARLOS JUAN  WEBER SEDA**
                                              Printed name

                                              **PRESIDENT**
                                              Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name    **CARLOS WEBER MUSIC CENTER,INC.**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                                    12/15

**Part 1:   Summary of Assets**

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.............................................................................   $            0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...........................................................................   $       21,927.07

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................   $       21,927.07

**Part 2:   Summary of Liabilities**

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $            0.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................   $       16,657.57

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................   +$       41,206.49

4.  **Total liabilities** ...................................................................................
    Lines 2 + 3a + 3b                                                                                   $       57,864.06

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **CARLOS WEBER MUSIC CENTER,INC.** |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.
**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
     Name of institution (bank or brokerage firm)           Type of account          Last 4 digits of account number

| | | | | |
|---|---|---|---|---|
| 3.1. | **Oriental Bank** | **Checking** | 6362 | $0.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| |
|---|
| $0.00 |

## Part 2:   Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

## Part 4:   Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Debtor   **CARLOS WEBER MUSIC CENTER,INC.**                                   Case number *(If known)* _____
             Name

---

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| **20.** **Work in progress** | | | | |
| **21.** **Finished goods, including goods held for resale** | | | | |
| **22.** **Other inventory or supplies** **Business Inventory See Exhibit A** | 6/9/2023 | $21,927.07 | Recent cost | $21,927.07 |

| | |
|---|---|
| **23.** **Total of Part 5.** Add lines 19 through 22.  Copy the total to line 84. | $21,927.07 |

**24.** **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

**Part 8:**   **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

**Part 9:**   **Real property**

**54. Does the debtor own or lease any real property?**

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

Debtor   __CARLOS WEBER MUSIC CENTER,INC._____          Case number *(if known)* _____
         Name

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **CARLOS WEBER MUSIC CENTER,INC.**    Case number *(If known)* _____
          <sub>Name</sub>

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $21,927.07 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $21,927.07 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $21,927.07 |

---

*Exhibit A*
*(Business Inventory)*

Table 1

| | | Qty | Descripcion | Precio | |
|---|---|---|---|---|---|
| | | 2 | Jay Jr. | 25 | 50 |
| | | 1 | Palmer Core XL | 199.99 | 199.99 |
| | | 1 | Peavey Raptor | 199.99 | 199.99 |
| | | 1 | Fender 12 String | 199 | 199 |
| | | 1 | Alvarez AF60AGP | 199 | 199 |
| | | 1 | Fender CD-100CE | 199 | 199 |
| | | 6 | Tanglewood | 200 | 1200 |
| | | 1 | Don Jose G250NT | 89.99 | 89.99 |
| | | 2 | Hohner Guitars | 99.99 | 199.98 |
| | | 1 | Don Pablo KR | 49.99 | 49.99 |
| | | 1 | Cordoba Requinto | 149 | 149 |
| | | 9 | Guadalupe | 29.99 | 269.91 |
| | | 1 | Mivics Ukulele | 74.99 | 74.99 |
| | | 4 | Cordoba 15CM | 89.99 | 359.96 |
| | | 3 | Cordoba UP100 | 99.99 | 299.97 |
| | | 1 | Protege Guitar | 99.99 | 99.99 |
| | | 14 | Straps sencillos | 5.99 | 83.86 |
| | | 20 | Pro Straps | 39.99 | 799.8 |
| | | 75 | Cables AT | 8.99 | 674.25 |
| | | 16 | Sound Cable | 18.99 | 303.84 |
| | | 9 | SKP Cables | 24.99 | 224.91 |
| | | 1 | Tornado Drum Set | 350 | 350 |
| | | 1 | RP-102 | 800 | 800 |
| | | 1 | Palos Vater | 250 | 250 |
| | | 1 | Palos Vic Firth | 450 | 450 |
| | | 3 | Montag violines | 69.99 | 209.97 |
| | | 1 | Cueros | 450 | 450 |
| | | 1 | Blackstar ID:Core | 150 | 150 |
| | | 1 | Crate Acoustic | 50 | 50 |
| | | 2 | Blackstar U30 | 200 | 400 |
| | | 2 | Blackstar U60 | 225 | 450 |

| | | | | |
|---|---|---|---|---|
| | 1 | Blackstar Silverline Special | 399 | 399 |
| | 2 | MicroCube | 175 | 350 |
| | 1 | Cube Street | 199 | 199 |
| | 1 | Katana Bass | 249 | 249 |
| | 1 | Cube 20XL Bass | 99 | 99 |
| | 1 | Ampeg Micro-CL | 99 | 99 |
| | 22 | Cables Roland | 6.99 | 153.78 |
| | 7 | LA Acoustic | 29.99 | 209.93 |
| | 1 | Libros | 120 | 120 |
| | 1 | Performer Bundle | 100 | 100 |
| | 2 | Producer Bundle | 100 | 200 |
| | 1 | Studio Bundle | 250 | 250 |
| | 1 | Korg i3 | 400 | 400 |
| | 1 | Korg B2N | 399 | 399 |
| | 2 | Roland A-500PRO | 200 | 400 |
| | 1 | Roland Go:keys | 225 | 225 |
| | 1 | Korg Krome 88 | 100 | 100 |
| | 1 | Roland TD-07KV | 399 | 399 |
| | 1 | DrumCraft Serie 5 | 250 | 250 |
| | 1 | Set Timbales 5d2 | 150 | 150 |
| | 1 | Ludwig Macassar Ebony | 300 | 300 |
| | 1 | ADW BK | 349 | 349 |
| | 1 | ADW 4 Kids | 149 | 149 |
| | 2 | ADW 5 Kids | 199 | 398 |
| | 1 | ADW 3 WH Kids | 99 | 99 |
| | 1 | Accesorios de guitarra | 300 | 300 |
| | 3 | Violines | 49.99 | 149.97 |
| | 1 | Articles de Banda | 200 | 200 |
| | 1 | ARticulos de Sonido | 200 | 200 |
| | 4 | Phantom Speakers | 25 | 100 |
| | 5 | Vivid Speakers | 32 | 160 |
| | 4 | Core Speakers | 30 | 120 |
| | 3 | Almighty | 20 | 60 |
| | 6 | K1 USB | 19 | 114 |

| | | | | |
|---|---|---|---|---|
| | 2 | Exp Pedal | 80 | 160 |
| | 1 | Shure MV-5 | 75 | 75 |
| | 1 | Percusion Menor | 100 | 100 |
| | 1 | NVK8500BT | 150 | 150 |
| | 1 | VZ16USB | 150 | 150 |
| | 1 | Bateria Niño First Act | 45 | 45 |
| | 3 | Mics Inalambricos | 75 | 225 |
| | 1 | Notepad 5 | 89 | 89 |
| | 1 | LS-3 | 49 | 49 |
| | 1 | Flauta Dulce | 20 | 20 |
| | 1 | SKP Stand | 49 | 49 |
| | 2 | MP-10 | 49 | 98 |
| | 1 | Pro Bass Street 12 | 75 | 75 |
| | 1 | Cueros Conga | 125 | 125 |
| | 1 | Congas De Rosa | 190 | 190 |
| | 1 | 5d2 Djembe | 99 | 99 |
| | 5 | Cajones | 99 | 495 |
| | 1 | Accesorios Bateria | 120 | 120 |
| | 1 | Zildjian Cymbal Case | 25 | 25 |
| | 1 | Cases Cuerdas | 250 | 250 |
| | 1 | Stands Bateria | 250 | 250 |
| | 1 | Pedales Bateria | 200 | 200 |
| | 1 | Bocinas Powered | 400 | 400 |
| | 1 | Subwoofer Yorkville | 200 | 200 |
| | 1 | Comercial Sound Systems | 400 | 400 |
| | 1 | microkorg | 200 | 200 |
| | 1 | Platillos | 200 | 200 |
| | 1 | Stands | 300 | 300 |
| | 1 | Max Force Power | 250 | 250 |
| | | | | 21927.07 |

| Fill in this information to identify the case: |
|---|
| Debtor name    **CARLOS WEBER MUSIC CENTER,INC.** |
| United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    CARLOS WEBER MUSIC CENTER,INC.

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**CRIM**<br>**PO Box 195387**<br>**San Juan, PR 00919-5807** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,766.50 | $0.00 |
| | Date or dates debt was incurred<br>**2019** | Basis for the claim:<br>**personal property taxes** | | |
| | Last 4 digits of account number **3173** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Department Of Treasury**<br>**PO Box 9024140 Off. 424.B**<br>**Bankruptcy Section**<br>**San Juan, PR 00902-4140** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,777.42 | $4,917.09 |
| | Date or dates debt was incurred<br>**2020-23** | Basis for the claim:<br>**IVU AND OTHER TAXES** | | |
| | Last 4 digits of account number **0336** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

| Debtor | CARLOS WEBER MUSIC CENTER,INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,113.65 | $1,488.66 |
|---|---|---|---|---|

**2.3**

Priority creditor's name and mailing address

**Municipio De Mayaguez**
**PO Box 447**
**Mayaguez, PR 00681-0447**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,113.65   $1,488.66

Date or dates debt was incurred
**2018-2023**

Basis for the claim:
**municipal taxes**

Last 4 digits of account number **3173**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

Is the claim subject to offset?
■ No
☐ Yes

---

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.00 |
|---|---|---|---|

**3.1**

Nonpriority creditor's name and mailing address

**Claro**
**PO Box 70366**
**San Juan, PR 00936-8366**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$60.00

Date(s) debt was incurred **2023**

Basis for the claim: **utility bill**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2**

Nonpriority creditor's name and mailing address

**Korg USA**
**316 S. Service Road**
**Melville, NY 11747**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$14,099.02

Date(s) debt was incurred **2022**

Basis for the claim: **_**

Last 4 digits of account number **9000**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3**

Nonpriority creditor's name and mailing address

**Loud Audio**
**19820 Noth Creek Parway  Suite 201**
**Bothell, WA 98011**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,777.47

Date(s) debt was incurred **2022**

Basis for the claim: **purchase of inventory**

Last 4 digits of account number **5683**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4**

Nonpriority creditor's name and mailing address

**Luis A. Ortiz Rivera**
**PO Box 1810**
**Mayaguez, PR 00680**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$270.00

Date(s) debt was incurred **2023**

Basis for the claim: **customer service**

Last 4 digits of account number **4034**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5**

Nonpriority creditor's name and mailing address

**ORIENTAL BANK**
**PO BOX 364745**
**San Juan, PR 00936-4745**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$21,000.00

Date(s) debt was incurred **2022**

Basis for the claim: **credit card**

Last 4 digits of account number **6926**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **CARLOS WEBER MUSIC CENTER,INC.**                    Case number (if known) _____
      Name

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **DACO**<br>**50 Calle Nenadich Suite W 307**<br>**Mayaguez, PR 00068** | Line **3.4**<br><br>☐ Not listed. Explain ____ | **4034** |
| 4.2 | **Jeff Bales**<br>**PO Box 33127**<br>**Louisville, KY 40232-3127** | Line **3.2**<br><br>☐ Not listed. Explain ____ | __ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 16,657.57 |
| **5b. Total claims from Part 2** | 5b. + $ | 41,206.49 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 57,864.06 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **CARLOS WEBER MUSIC CENTER,INC.** |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | _____ |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | _____ |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | _____ |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | _____ |

| Fill in this information to identify the case: |
| --- |

Debtor name    **CARLOS WEBER MUSIC CENTER,INC.**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

    **1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                          Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
| --- | --- | --- | --- | --- |
| 2.1 | _____ | _____ <br> Street <br> _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | _____ <br> Street <br> _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | _____ <br> Street <br> _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | _____ <br> Street <br> _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **CARLOS WEBER MUSIC CENTER,INC.** |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ☑ Operating a business<br>☐ Other | $12,000.00 |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ☑ Operating a business<br>☐ Other | $90,885.00 |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ☑ Operating a business<br>☐ Other | $133,727.00 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

Debtor   **CARLOS WEBER MUSIC CENTER,INC.**                              Case number *(if known)* _____

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Luis A. Ortiz Rivera Vs.Carlos Weber Music Center MAY-2023- 0004034** | **customer service complaint** | **DACO 50 Calle Nenadich Suite W 307 Mayaguez, PR 00068** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

Debtor    **CARLOS WEBER MUSIC CENTER,INC** _____ Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Gloria Justiniano Irizarry Ensache Martinez Calle Ramirez Silva 8 Mayaguez, PR 00680** | | **5/25/2023** | **$1,662.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or

Debtor   **CARLOS WEBER MUSIC CENTER,INC**                                                    number *(if known)* _____

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

## Part 12:   Details About Environment Information

Debtor   **CARLOS WEBER MUSIC CENTER,INC.**                                    Case number *(if known)* _____

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ☑ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ☑ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ☑ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ☐ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.  **Carlos Weber Music Center, Inc**
**10 San Juan St**
**Mayaguez, PR 00680** | **sales of music equipment** | **Dates business existed**
EIN:  **66-0823173**
From-To  **2/13/2007- present** |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **CPA Miriam Negron Mercado**
**PO BOX 1240**
**Cabo Rojo, PR 00623-1240** | **2020-present** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

Debtor   **CARLOS WEBER MUSIC CENTER,INC.**                                        Case number *(if known)*   _____

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **CARLOS WEBER SEDA**<br>**PO BOX 1644**<br>**Boqueron, PR 00622** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**Name and address**

---

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1 | **CARLOS  JUAN WEBER SEDA** | 5/20/2023 | $21,827.07  actual value |

Name and address of the person who has possession of inventory records

**CARLOS WEBER MUSIC CENTER**
**10 San Juan St**
**Mayaguez, PR 00681-2000**

---

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Carlos Juan Weber Seda | Box 1644<br>00062-2000 | President | shareholder<br>12.5% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Carlos Xavier Weber Seda | PO Box 1644<br>Boqueron, PR 00622 | Vice-President | 12.5 %<br>shareholder |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Maribel Asencio Weber | Urbanizacion Borinquen<br>J 11 Calle rene Marquez<br>Cabo Rojo, PR 00623 | Treasurer | 12.5%<br>shareholder |

Debtor   **CARLOS WEBER MUSIC CENTER,INC.**                                    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Jeannette Seda Rodriguez** | **Urbanización Borinquez N 12 Francisco Gonzalez Cabo Rojo, PR 00623** | **Secretary** | **50% shareholder** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Carlos Francisco Weber Seda** | **PO Box 1644 Boqueron, PR 00622** | **officer** | **12.5 % shareholder** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|-------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

Name of the parent corporation                                    Employer Identification number of the parent corporation

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

Name of the pension fund                                    Employer Identification number of the pension fund

Debtor   **CARLOS WEBER MUSIC CENTER,INC.** _____ Case number *(if known)* _____

---

**Part 14:**   **Signature and Declaration**

    **WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

    I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 15 2023** _____

**/s/ CARLOS JUAN  WEBER SEDA** _____        **CARLOS JUAN  WEBER SEDA** _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **PRESIDENT** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## District of Puerto Rico

In re   **CARLOS WEBER MUSIC CENTER,INC.**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **CARLOS WEBER MUSIC CENTER,INC.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Carlos Francisco Weber Seda**
**PO Box 1644**
**Boqueron, PR 00622**

**Carlos Javier Weber Seda**
**PO Box 1644**
**Boqueron, PR 00622**

**Carlos Weber Seda**
**Box 1644**
**Boqueron, PR 00622**

**Jeanette Seda Rodriguez**
**Urbanizacion Borinquen**
**N 12 Francisco Gonzalez**
**Cabo Rojo, PR 00623**

**Maribel Asencio Weber**
**Urbanizacion Borinquen**
**J 11 Calle Rene Marquez**
**Cabo Rojo, PR 00623**

☐ None [*Check if applicable*]

**June 15, 2023**

Date

/s/ /S/ Gloria Justiniano Irizarry

/S/ Gloria Justiniano Irizarry 207603

Signature of Attorney or Litigant
Counsel for   **CARLOS WEBER MUSIC CENTER,INC.**

**Calle A. Ramirez Silva #8**
**Ensanche Martinez**
**Mayaguez, PR 00680**
**787 831-2577 Fax:787 805-7350**
**justinianolaw@gmail.com**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Puerto Rico

In re   **CARLOS WEBER MUSIC CENTER,INC.**               Case No. _____

                             Debtor(s)        Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ........................................ $ _____ **1,662.00**

   Prior to the filing of this statement I have received .......................... $ _____ **1,662.00**

   Balance Due ...................................................................................... $ _____ **0.00**

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 15, 2023** _____        /s/ **/S/ Gloria Justiniano Irizarry**
*Date*                                 **/S/ Gloria Justiniano Irizarry 207603**
                                   *Signature of Attorney*

                                   **Calle A. Ramirez Silva #8**
                                   **Ensanche Martinez**
                                   **Mayaguez, PR 00680**
                                   **787 831-2577  Fax: 787 805-7350**
                                   **justinianolaw@gmail.com**
                                   *Name of law firm*

## United States Bankruptcy Court
### District of Puerto Rico

In re   **CARLOS WEBER MUSIC CENTER,INC.**
                                   Debtor(s)                    Case No. _____

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June 15, 2023**                        **/s/ CARLOS JUAN  WEBER SEDA**
                                                    **CARLOS JUAN  WEBER SEDA/PRESIDENT**
                                                        Signer/Title

CARLOS WEBER MUSIC CENTER,INC.
PO BOX 6301
MAYAGUEZ, PR 00681

LUIS A. ORTIZ RIVERA
PO BOX 1810
MAYAGUEZ, PR 00680

/S/ GLORIA JUSTINIANO IRIZARRY
CALLE A. RAMIREZ SILVA #8
ENSANCHE MARTINEZ
MAYAGUEZ, PR 00680

MUNICIPIO DE MAYAGUEZ
PO BOX 447
MAYAGUEZ, PR 00681-0447

CLARO
PO BOX 70366
SAN JUAN, PR 00936-8366

ORIENTAL BANK
PO BOX 364745
SAN JUAN, PR 00936-4745

CRIM
PO BOX 195387
SAN JUAN, PR 00919-5807

DACO
50 CALLE NENADICH SUITE W 307
MAYAGUEZ, PR 00068

DEPARTMENT OF TREASURY
PO BOX 9024140 OFF. 424.B
BANKRUPTCY SECTION
SAN JUAN, PR 00902-4140

JEFF BALES
PO BOX 33127
LOUISVILLE, KY 40232-3127

KORG USA
316 S. SERVICE ROAD
MELVILLE, NY 11747

LOUD AUDIO
19820 NOTH CREEK PARWAY  SUITE 201
BOTHELL, WA 98011